# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Koeltl, John G. | 2. Court or Organization  U.S.D.C. Southern District-NY | 3. Date of Report  5/8/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2018  to  12/31/2018 |

**7. Chambers or Office Address**

United States Courthouse
500 Pearl St. Room 1030
New York, New York 10007-1581

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ADJUNCT LAW PROFESSOR | NY UNIVERSITY LAW SCHOOL |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 5/8/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | NEW YORK UNIVERSITY - TEACHING | $27,765.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 5/8/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JOHNSON & JOHNSON - (COMMON) | D | Dividend | M | T | | | | | |
| 2. PFIZER INC. - (COMMON) | D | Dividend | M | T | | | | | |
| 3. ROYAL DUTCH SHELL PLC - (COMMON) | D | Dividend | L | T | | | | | |
| 4. FEDERATED KAUFMANN LARGE CAP FUND CL C - MUTUAL FUND | B | Dividend | K | T | | | | | |
| 5. ISHARES RUSSELL 1000 - MUTUAL FUND | B | Dividend | K | T | Sold (part) | 12/24/18 | J | | |
| 6. VANGUARD TOTAL STK MKT EFT FUND | B | Dividend | M | T | | | | | |
| 7. MERRILL LYNCH FIA MONEY FUND - N.Y.,N.Y. | A | Interest | L | T | Buy (add'l) | 12/31/18 | K | | Net Increase To MM Fund |
| 8. DUTCHESS CTY BOND 4.5% DUE 08/01/26 | B | Interest | K | T | | | | | |
| 9. NY ST DORM AT RV ST BOND 5% DUE 02/15/27 | A | Interest | | | Redeemed | 11/19/18 | J | A | |
| 10. NY ST DORM AT RV ST BOND 5% DUE 02/15/24 | B | Interest | K | T | | | | | |
| 11. N.Y. STATE DORM AUTH. REV MEM SLOAN BOND 5% DUE 07/01/26 | B | Interest | | | Redeemed | 07/02/18 | K | | |
| 12. TRIBOR. BRIDGE & TUNNEL BOND 4.75% DUE 11/15/30 | B | Interest | | | Redeemed | 05/15/18 | K | B | |
| 13. NEW YORK NY G.O. SUBSER J-1 BOND 5% DUE 05/15/31 | C | Interest | J | T | Redeemed (part) | 09/06/18 | K | A | |
| 14. N.Y. STATE HSG FIN AGY BOND 4.9% DUE 11/01/38 | B | Interest | L | T | | | | | |
| 15. THOMPSON NY PUB IMPT BOND 4.125% DUE 09/01/29 | B | Interest | L | T | | | | | |
| 16. N.Y. STATE CLN-DRNKNG WTR BOND 5% DUE 06/15/36 | C | Interest | L | T | | | | | |
| 17. NEW YORK ST G.O. SER E OID BOND 4% DUE 12/15/37 | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | Q =Appraisal | P4 =More than $50,000,000 | S =Assessment | T =Cash Market |
| | U =Book Value | R =Cost (Real Estate Only) | V =Other | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 5/8/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. HAVERSTRAW NY IMPT BOND 3.50% DUE 03/01/35 | B | Interest | L | T | | | | | |
| 19. N.Y. STATE G.O. SER A OID BOND 3.125% DUE 03/15/34 | A | Interest | K | T | | | | | |
| 20. N.Y. STATE URBAN DEV BOND 3.25% DUE 03/15/33 | B | Interest | K | T | | | | | |
| 21. MIDDLETOWN NY CITY SCH BOND 3.00% DUE 06/15/35 | A | Interest | | | Redeemed | 06/11/18 | J | | |
| 22. TRIBOR. BRIDGE & TUNNEL BOND 3.00% DUE 11/15/35 | C | Interest | L | T | | | | | |
| 23. NEW YORK NY CITY TRA REV BOND 3.00% DUE 02/01/37 | B | Interest | K | T | | | | | |
| 24. METROPOLITAN TRANS AUTH NY REV BOND 4.00% DUE 11/15/38 | B | Interest | L | T | | | | | |
| 25. TRIBORO BRIDGE & TUNNEL BOND 4.00% DUE 11/15/42 | B | Interest | L | T | | | | | |
| 26. NEW YORK NY CITY TFA REV BOND 4.00% DUE 02/01/44 | B | Interest | L | T | | | | | |
| 27. HUDSON YD INFA NY BOND 4.00% DUE 02/15/44 CALL DATE 02/15/17 | B | Interest | L | T | | | | | |
| 28. HUDSON YD INFA NY BOND 4.00% DUE 02/15/44 | B | Interest | L | T | | | | | |
| 29. NEW YORK NY CITY TFA REV BOND 4.00% DUE 05/01/44 | B | Interest | L | T | | | | | |
| 30. NY ST DORM AUTH SALES TAX REV SER A BOND 4.00% DUE 03/15/45 | B | Interest | L | T | | | | | |
| 31. NEW YORK ST TWY AUTH GEN REV SER A BOND 5.00% DUE 01/01/46 | B | Interest | L | T | | | | | |
| 32. NY ST DORM AUTH SALES TAX REV SER A BOND 4.00% DUE 03/15/47 | B | Interest | L | T | | | | | |
| 33. NEW YORK NY MUN WFA WTR-SS REV WTR EE | B | Interest | L | T | Buy | 05/15/18 | L | | |
| 34. CITIBANK CHECKING ACCOUNT - N.Y.,N.Y. | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 5/8/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MERRILL LYNCH (IRA ROLLOVER) - ML BANK CASH ACCOUNT | A | Interest | L | T | Buy (add'l) | 12/31/18 | K | | Net Increase to MM Fund |
| 36. MERRILL LYNCH (IRA ROLLOVER) - ALGER CAP. APPREC. FUND CL Z | F | Dividend | O | T | Buy (add'l) | 12/19/18 | L | | Formerly CL A |
| 37. MERRILL LYNCH (IRA ROLLOVER) - MFS VALUE FUND CL I | C | Dividend | L | T | | | | | Formerly CL C |
| 38. MERRILL LYNCH(IRA ROLLOVER)- OPPENHEIMER DEV. MKTS FUND CL Y | A | Dividend | M | T | Buy (add'l) | 01/18/18 | L | | Formerly CL C |
| 39. MERRILL LYNCH(IRA ROLLOVER)- FED. KAUFMAN LRG CAP FUND CL IS | E | Dividend | M | T | Sold (part) | 01/18/18 | K | E | Formerly CL C |
| 40. MERRILL LYNCH(IRA ROLLOVER)- ISHARES RUSSELL 1000 FUND | D | Dividend | N | T | Sold (part) | 12/03/18 | K | E | |
| 41. MERRILL LYNCH(IRA ROLLOVER)- FIRST EAGLE GLOBAL FUND CL I | | None | | | Sold | 01/18/18 | M | E | Formerly CL C |
| 42. MERRILL LYNCH(IRA ROLLOVER)- PRUDENTIAL SHORT TERM CORP. BOND FUND Z | B | Dividend | L | T | Buy (add'l) | 12/31/18 | J | | Formerly CL C |
| 43. MERRILL LYNCH(IRA ROLLOVER)- AIG FOCUSED DIV. STRATEGY FUND CL W | E | Dividend | M | T | | | | | Formerly SunAmerica CL C |
| 44. MERRILL LYNCH(IRA ROLLOVER)- ISHARES CORE S&P 500 EFT | D | Dividend | N | T | | | | | |
| 45. MERRILL LYNCH(IRA ROLLOVER)- VANGUARD TOTAL STOCK MARKET ETF | C | Dividend | M | T | | | | | |
| 46. MERRILL LYNCH(IRA ROLLOVER)- ATT BOND 3% DUE 06/30/22 | C | Interest | L | T | | | | | |
| 47. MERRILL LYNCH(IRA ROLLOVER)- VERIZON BOND 4.272% DUE 01/15/36 | C | Interest | L | T | | | | | |
| 48. MERRILL LYNCH(IRA ROLLOVER)- ATT BOND 4.5% DUE 05/15/35 | C | Interest | K | T | | | | | |
| 49. MERRILL LYNCH(IRA ROLLOVER)- ISHARES MSCI EAFE | B | Dividend | K | T | Buy | 01/18/18 | L | | |
| 50. MERRILL LYNCH(IRA ROLLOVER)- ISHARES TR RUSSELL 2000 | A | Dividend | K | T | Buy | 01/18/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 5/8/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. Mr. & Mrs.MICHAEL NAYLOR, PERSONAL LOAN | | None | K | T | | | | | |
| 52. MERRILL LYNCH MONEY MARKET ACCOUNTS (MONEY MARKET FUNDS) | A | Interest | M | T | Buy (add'l) | 12/31/18 | L | | Net increase to MM Fund |
| 53. ALTRIA GROUP INC ( COMMON) | D | Dividend | M | T | | | | | |
| 54. AMN ELEC POWER CO. (COMMON) | B | Dividend | K | T | | | | | |
| 55. AT&T (COMMON) | C | Dividend | K | T | Sold (part) | 12/20/18 | K | | |
| 56. BP PLC SPON ADR (COMMON) | A | Dividend | J | T | | | | | |
| 57. CALIFORNIA RESOURCES CORP. (COMMON) | | None | J | T | | | | | |
| 58. CHEVRON CORP (COMMON) | A | Dividend | J | T | | | | | |
| 59. CONSOLIDATED EDISON INC. (COMMON) | A | Dividend | J | T | | | | | |
| 60. DAIMLER A (COMMON) | A | Dividend | J | T | | | | | |
| 61. DIEBOLD INC. (COMMON) | A | Dividend | | | Sold | 12/20/18 | J | | |
| 62. DOMINION RESOURCES INC. (COMMON) | C | Dividend | L | T | | | | | |
| 63. DUKE ENERGY CORP. (COMMON) | A | Dividend | J | T | | | | | |
| 64. EDISON INT'L CALIF (COMMON) | A | Dividend | J | T | | | | | |
| 65. EXELON CORP. (COMMON) | A | Dividend | J | T | | | | | |
| 66. EXXON MOBIL CORP. (COMMON) | B | Dividend | K | T | | | | | |
| 67. GENERAL ELECTRIC (COMMON) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 5/8/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. HERSHEY CO. (COMMON) | A | Dividend | K | T | | | | | |
| 69. HESS CORP. (COMMON) | A | Dividend | K | T | | | | | |
| 70. HONEYWELL INT'L INC. (COMMON) | A | Dividend | K | T | | | | | |
| 71. THE KRAFT/HEINZ CO. (COMMON) | B | Dividend | K | T | | | | | |
| 72. MARATHON OIL CORP. (COMMON) | A | Dividend | J | T | | | | | |
| 73. MONDELEZ INTERNATIONAL INC. (COMMON) | C | Dividend | M | T | | | | | |
| 74. EVERSOURCE ENERGY (COMMON) | A | Dividend | J | T | | | | | |
| 75. OCCIDENTAL PETROLEUM CORP. CAL (COMMON) | B | Dividend | | | Sold | 12/21/18 | K | | |
| 76. PHILIP MORRIS INT'L INC. (COMMON) | E | Dividend | N | T | | | | | |
| 77. PUBLIC SERVICE ENTERPRISE GROUP (COMMON) | C | Dividend | L | T | | | | | |
| 78. ROCKWELL AUTOMATION INC. (COMMON) | A | Dividend | L | T | | | | | |
| 79. UNITED TECHS CORP (COMMON) | A | Dividend | J | T | Sold (part) | 11/28/18 | K | E | Formerly Rockwell Collins |
| 80. SOUTHERN COMPANY (COMMON) | A | Dividend | K | T | | | | | |
| 81. ENBRIDGE INC. (COMMON) | B | Dividend | K | T | | | | | Formerly Spectra Energy |
| 82. VERIZON COMM. (COMMON) | C | Dividend | L | T | | | | | |
| 83. DEUTSCHE NY TAX FREE INCOME FUND CL A (MUTUAL FUND) | A | Dividend | J | T | | | | | |
| 84. ISHARES RUSSELL 1000 FUND | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 5/8/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. OPPEN. ROCHESTER LIMITED TERM NY MUNI BOND FUND A (MUTUAL FUND) | A | Dividend | J | T | | | | | |
| 86. WESTERN ASSET HIGH INCOME FUND II (MUTUAL FUND) | A | Dividend | J | T | | | | | |
| 87. OPPEN. ROCHESTER LIMITED TERM NY MUNI BOND FUND C (MUTUAL FUND) | B | Dividend | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Koeltl, John G. | 5/8/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John G. Koeltl**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544